1  Ryan F. Thomas, Esq. (SBN 230491)
   Anthony Bentivegna, Esq. (SBN 129487)
2  JOHNSTON | THOMAS, Attorneys at Law, PC
   1400 N. Dutton Avenue, Suite 21
3  Santa Rosa, California 95401
   Telephone: (707) 545-6542
4  Facsimile:  (707) 545-1522
   E-mail:      RThomas@johnstonthomas.com
5                    ABentivegna@johnstonthomas.com

6  Attorneys for Defendant
   LAND HOME FINANCIAL SERVICES, INC.
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 | MARCUS MANNING, VIRIDIANA LOPEZ         | Case No.: 21-cv-06505 WHO
   | GARCIA,
12 |
   |
13 |         Plaintiffs,                     | [PROPOSED] ORDER GRANTING MOTION
   |                                         | TO DISMISS FOR FAILURE TO STATE A
14 |   v.                                    | CLAIM UPON WHICH RELIEF CAN BE
   |                                         | GRANTED (FRCP 12(b)(6))
15 | LAND HOME FINANCIAL SERVICES, INC.,
   |                                         | Date:  November 17, 2021
16 |         Defendant.                      | Time:  2:00 PM
   |                                         | Judge: Hon. Judge William H. Orrick
17 |                                         | Ctrm:  2

18

19

20

21     WHEREAS the motion by Defendant LAND HOME FINANCIAL SERVICES, INC., to

22 Dismiss For Failure To State a Claim Upon Which Relief Can Be Granted came on regularly for

23 hearing at the time and place above indicated, before the Hon. Judge William H. Orrick, and having

24 considered the motion, any opposition and the evidence and argument presented, and good cause

25 appearing therefrom, the motion is GRANTED without leave to amend.

26     Plaintiff alleges violations under the Freedom of Information Act ("FOIA"), 5 U.S.C.

27 § 552, claiming that Defendant was non-responsive to a request they issued for "exemplified copies of full

28

- 1 -

[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH
RELIEF CAN BE GRANTED (FRCP 12(b)(6))                                    Case No. 3:21-cv-06505-WHO

accounting, which includes debt transmittal, closing documents, accounting package and wire transfer history regarding account no: 382725." However, Defendant is not alleged to be an agency within the meaning of the statute and is instead alleged to be a corporate lender. Accordingly, there is a failure to state a claim pursuant to FRCP 12(b)(6).

Plaintiff's Complaint is dismissed with prejudice and Defendant is awarded costs.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE