1  Ryan F. Thomas, Esq. (SBN 230491)
   Anthony Bentivegna, Esq. (SBN 129487)
2  JOHNSTON | THOMAS, Attorneys at Law, PC
   1400 N. Dutton Avenue, Suite 21
3  Santa Rosa, California 95401
   Telephone:  (707) 545-6542
4  Facsimile:   (707) 545-1522
   E-mail:        RThomas@johnstonthomas.com
5                     ABentivegna@johnstonthomas.com

6  Attorneys for Defendant
   LAND HOME FINANCIAL SERVICES, INC.
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11 MARCUS MANNING, VIRIDIANA LOPEZ        Case No.: 3:21-cv-06505 WHO
   GARCIA,
12
13            Plaintiffs,                  **CERTIFICATE OF SERVICE**

14       v.

15 LAND HOME FINANCIAL SERVICES, INC.,

16            Defendant.

17
18
19
20
21
22
23
24
25
26 ///
27 ///
28 ///

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am employed in the County of Sonoma, State of California. I am over the age of 18 and not a party to the within action. My business address is 1400 N. Dutton Avenue, Suite 21, Santa Rosa, CA 95401.

I hereby certify that on October 6, 2021, I served by mail the following:

- **NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6))**

- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6))**

- **[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6))**

- **CERTIFICATE OF INTERESTED PARTIES**

on the interested parties in said cause, by causing an original or true copy thereof to be enclosed in a sealed envelope addressed as follows:

Marcus Manning
Viridiana Lopez Garcia
700 Heath Drive
Ione, CA 95640
*Plaintiffs in pro per*

**[XX]** **BY MAIL** – I deposited such envelope in the mail at Santa Rosa, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Rosa, California in the ordinary course of business. I am aware that on motion of the party serviced service is presumed invalid if postal cancellation date or postage meter dates is more than one (1) day after date of deposit of mailing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 6, 2021, in Santa Rosa, California.

DATED: October 6, 2021

By: _____*/s/Jacqueline Schaap*_____
    Jacqueline Schaap