1  Ryan F. Thomas, Esq. (SBN 230491)
   Anthony Bentivegna, Esq. (SBN 129487)
2  JOHNSTON | THOMAS, Attorneys at Law, PC
   1400 N. Dutton Avenue, Suite 21
3  Santa Rosa, California 95401
   Telephone:  (707) 545-6542
4  Facsimile:   (707) 545-1522
   E-mail:        RThomas@johnstonthomas.com
5                     ABentivegna@johnstonthomas.com

6  Attorneys for Defendant
   LAND HOME FINANCIAL SERVICES, INC.
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  MARCUS MANNING, VIRIDIANA LOPEZ GARCIA, | Case No.: 3:21-cv-06505 WHO |
| 12 | |
| 13          Plaintiffs, | CERTIFICATE OF INTERESTED ENTITIES OR PARTIES |
| 14   v. | |
| 15  LAND HOME FINANCIAL SERVICES, INC., | |
| 16          Defendant. | |

20         Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

21  associations of persons, firms, partnerships, corporations (including parent corporations) or other

22  entities (i) have a financial interest in the subject matter in controversy or in a party to the

23  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

24  substantially affected by the outcome of this proceeding:

25         Brad Waite – shareholder

26         John Waite – shareholder

27         David Waite – shareholder

28         Brenda Usher – shareholder

1. Raylen Gritton – shareholder
2. Cavco Industries, Inc. – shareholder
3. Tony Wicke – shareholder
4. Fannie Mae

DATED: October 6, 2021                JOHNSTON | THOMAS, Attorneys at Law, PC

By:   /s/ Ryan F. Thomas
      Ryan F. Thomas
      Anthony Bentivegna
      Attorneys for Defendant
      LAND HOME FINANCIAL SERVICES, INC.